> Motion GRANTED.
> Extensions as requested.
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANESHIA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 3:22-cv-00182 |
| MICHAEL JOSEPH GRUBER, and | ) |
| OLD DOMINION FREIGHT LINE, LLC, | ) JUDGE TRAUGER |
| | ) |
| Defendants. | ) JURY DEMAND |

## JOINT MOTION TO EXTEND DEADLINES
## IN THE INITIAL CASE MANAGEMENT ORDER

Come now the parties and move the Court to extend the following deadlines by four weeks to give the parties additional time to engage in settlement negotiations:

**Discovery:** The parties request that the deadline to complete all written discovery and depose all fact witnesses be extended from November 4, 2022, to December 2, 2022.

**Disclosure of experts:** The parties request that the deadline for plaintiff to identify and disclose all expert witnesses and expert reports be extended from November 1, 2022, to November 29, 2022. The parties request that the deadline for defendants to identify and disclose all expert witnesses and expert reports be extended from December 4, 2022, to January 2, 2023.

**Depositions of experts:** The parties request that the deadline to depose all expert witnesses be extended from December 15, 2022, to January 12, 2023.